IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO. JUDGE |
| $58,240 UNITED STATES CURRENCY, | ) ) | |
| Defendant. | ) ) | |

## APPLICATION FOR SUMMONS AND WARRANT OF ARREST *IN REM*

The United States of America, by and through United States Attorney for the Middle District of Tennessee Mark H. Wildasin and Assistant United States Attorney Debra Teufel Phillips, respectfully requests that the Clerk of this Court issue the attached Summons and Warrant of Arrest *In Rem* pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On March 22, 2022, the United States filed a Verified Complaint *In Rem* for civil forfeiture in the above-referenced case. The complaint seeks forfeiture of $58,240 United States currency ("Defendant Property").

2. The Defendant Property described in Paragraph 1 is in the custody of the United States Marshals Service, which obtained custody on January 27, 2022.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached Summons and Warrant of Arrest *In Rem*.

Page 1 of 2

Case 3:22-cv-00200   Document 4   Filed 03/22/22   Page 1 of 2 PageID #: 15

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee


By:   s/ Debra Teufel Phillips
      DEBRA TEUFEL PHILLIPS, B.P.R. #011706
      Assistant United States Attorney
      110 Ninth Avenue South, Suite A-961
      Nashville, Tennessee 37203-3870
      Telephone: (615) 736-5151
      Email: deb.phillips@usdoj.gov